IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>ANTOINETTE MAGER, )<br>)<br>)<br>Defendant. )<br>) | No. 1:21-CR-115 DAD BAM<br><br>ORDER OF RELEASE |

The Court ordered defendant Antoinette Mager released on O/R, with conditions, on 7/15/2021, with a release date to be arranged by defense counsel and the Rescue the Children's treatment program staff.  The release date was set for 7/19/2021 at 10:00 am, with defendant to be picked up from the Fresno County Jail by Ms. Melissa Protzman of said program, for immediate transport to the program.  As there was a miscommunication between the United States Marshal Service and the Fresno County Jail, defendant's release is now set for 10:00 am on 7/20/2021.

Dated:   **July 19, 2021**                                          /s/ Erica P. Grosjean
                                                                                             UNITED STATES MAGISTRATE JUDGE