PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00115-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO SET CHANGE OF PLEA HEARING AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ANTOINETTE MAGER, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on October 26, 2022.

2. By this stipulation, defendant now moves to schedule a change of plea hearing on December 12, 2022. The parties therefore move to have the change of plea hearing scheduled for December 12, 2022 at 8:30 a.m., and to exclude time as to defendant Antoinette Mager through that date for the reasons set forth below.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The parties have entered into a plea agreement.

   b) Counsel for defendant desires the status conference date be vacated so that a change of plea hearing can be set in order to facilitate a resolution in this matter.

   c) The government does not object to the continuance.

STIPULATION         1

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 14, 2022                         PHILLIP A. TALBERT
                                                 United States Attorney

                                                 /s/ STEPHANIE M. STOKMAN
                                                 STEPHANIE M. STOKMAN
                                                 Assistant United States Attorney

Dated:  October 14, 2022                         /s/ DOUGLAS FOSTER
                                                 DOUGLAS FOSTER
                                                 Counsel for Defendant
                                                 ANTOINETTE MAGER

## ORDER

IT IS SO ORDERED that the status conference set for October 26, 2022, is vacated. A change of plea hearing is set for **December 12, 2022, at 8:30 a.m. before District Judge Ana de Alba**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  __**October 14, 2022**__            /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE

STIPULATION                                    2